| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Renewable Energy Holdings of Georgia, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
81-2002994

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 375 Industrial Park RD NE<br>Cartersville, GA 30121 | 2859 Paces Ferry Road, Suite 1150<br>Atlanta, GA 30339 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Bartow<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Renewable Energy Holdings of Georgia, LLC**        Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Renewable Energy Holdings of Georgia, LLC**_____  Case number (*if known*)_____
    Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor  **Renewable Energy Holdings of Georgia, LLC**_____  Case number (*if known*)_____
Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Renewable Energy Holdings of Georgia, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 26, 2022**
MM / DD / YYYY

**X** **/s/ Carson Cash King**              **Carson Cash King**
Signature of authorized representative of debtor    Printed name

Title   **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Cameron M. McCord**              Date **August 26, 2022**
Signature of attorney for debtor               MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**     Email address   **info@joneswalden.com**

**143065 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Renewable Energy Holdings of Georgia, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ascendum Machinery**<br>16810 Kenton Drive<br>Suite 300<br>Huntersville, NC 28078 | | | | | | $18,005.37 |
| **Atomic Transport LLC**<br>PO Box 2548<br>Chattanooga, TN 37409 | | | | | | $17,714.15 |
| **Contracting Solutions, LLC**<br>PO Box 1276<br>Mableton, GA 30126 | | | | | | $12,640.00 |
| **Custom Ecology Inc**<br>PO Box 744508<br>Atlanta, GA 30374-4508 | | | | | | $34,030.00 |
| **Drew Eckl Farnham**<br>303 Peachtree St. NE, Ste 3500<br>Atlanta, GA 30308 | | | | | | $34,675.08 |
| **Drew Eckl Farnham**<br>303 Peachtree St. NE, Ste 3500<br>Atlanta, GA 30308 | | | | | | $23,225.00 |
| **Dynamic Equipment**<br>PO Box 527804<br>Miami, FL 33152-7804 | | | | | | $12,193.43 |
| **Eric W. Cash**<br>2859 Paces Ferry Rd<br>Suite 1150<br>Atlanta, GA 30339 | | | | | | $146,887.50 |

Debtor  **Renewable Energy Holdings of Georgia, LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GA Dept. of Natural Resources PO Box 101188 Atlanta, GA 30392 | | | | | | $140,963.16 |
| GFL 8880 Old Federal Road Ball Ground, GA 30107 | | | | | | $366,042.94 |
| Hodges, Harbin, Newberry & Tribble, Inc. 3920 Arkwright Road, Ste 101 Macon, GA 31210 | | | | | | $21,796.92 |
| IAG Forensics & Valuation 501 Villiage Trace NE Marietta, GA 30067-4150 | | | | | | $24,915.25 |
| Jacob Anderson Company 701 Regal Road Murphy, NC 28906 | | | | | | $28,200.00 |
| MAD Industries 1490 Veterans Memorial Hwy Mableton, GA 30126 | | | | | | $10,825.00 |
| Mosley Tractor & Supply, Inc. 2315 Whitestone Road Whitestone, GA 30175 | | | | | | $10,084.56 |
| Multi Trade Construction, LLC 1585 Henry Scott Rd Ball Ground, GA 30107 | | | | | | $11,882.12 |
| Quality Parts Inc PO Box 4877 Canton, GA 30114 | | | | | | $10,814.11 |
| Synergy Equipment 4131 Jiles Road Kennesaw, GA 30144 | | | | | | $72,387.71 |
| Waste Management 774 McFarland Road Alpharetta, GA 30004 | | | | | | $687,647.63 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 2

Debtor **Renewable Energy Holdings of Georgia, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Windham Brannon<br>1355 Peachtree St<br>Suite 200<br>Atlanta, GA<br>30309-3230** | | | | | | $11,715.00 |

837 Dump Toilets
P.O. Box 920
Murphy, NC 28906


Ace Hardware of Ellijay
305 South Main Street
Ellijay, GA 30540


Allen Disposal
PO Box 791
Hiawassee, GA 30546


Arias Hauling
474 Diane Circle
Dawsonville, GA 30534


Arias Tire Service
18 Blue Ridge Overlook
Dawsonville, GA 30534


Ascendum Machinery
16810 Kenton Drive
Suite 300
Huntersville, NC 28078


Atomic Transport LLC
PO Box 2548
Chattanooga, TN 37409


Bunnell Lammons Engineering
6004 Ponders Court
Greenville, SC 29615


Cardmember Services
P.O. Box 332509
Murfreesboro, TN 37133

```
City of Acworth
4415 Center Street
Acworth, GA 30101-5477



Cliff's Fire Extinguisher Co.
311 Bell Park Drive
Woodstock, GA 30188



Comerica Bank,c/o Patrick Snow
411 W. Lafayette
7th Flr, MC 3236
Detroit, MI 48226



Contracting Solutions, LLC
PO Box 1276
Mableton, GA 30126



Crown Equipment Co., Inc
5710 Riverview Road
Mableton, GA 30126



Custom Ecology Inc
PO Box 744508
Atlanta, GA 30374-4508



Drew Eckl Farnham
303 Peachtree St. NE, Ste 3500
Atlanta, GA 30308



Dynamic Equipment
PO Box 527804
Miami, FL 33152-7804



EM Services, LLC
4658 Webster Way NW
Acworth, GA 30101
```

```
Eric W. Cash
2859 Paces Ferry Rd
Suite 1150
Atlanta, GA 30339



ETC
PO Box 2149
Ellijay, GA 30540-0037



GA Dept. of Natural Resources
PO Box 101188
Atlanta, GA 30392



Georgia Deparment of Revenue
Taxpayer Services Division
P.O. Box 105499
Atlanta, GA 30348



GFL
8880 Old Federal Road
Ball Ground, GA 30107



Hodges, Harbin, Newberry
& Tribble, Inc.
3920 Arkwright Road, Ste 101
Macon, GA 31210



IAG Forensics & Valuation
501 Villiage Trace NE
Marietta, GA 30067-4150



Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308



Jacob Anderson Company
701 Regal Road
Murphy, NC 28906
```

```
Jenkins, Bowen & Walker, PC
15 South Public Square
Cartersville, GA 30120



Jones Cork
PO Box 6437
Macon, GA 31208



Kaye's Auto Parts, Inc.
PO Box 427
Blue Ridge, GA 30513



MAD Industries
1490 Veterans Memorial Hwy
Mableton, GA 30126



Mosley Tractor & Supply, Inc.
2315 Whitestone Road
Whitestone, GA 30175



Mountain City Auto Parts
521 N Main Street
Jasper, GA 30143



Multi Trade Construction, LLC
1585 Henry Scott Rd
Ball Ground, GA 30107



Napa Auto Parts
c/o Genuine Parts Company
PO Box 409043
Atlanta, GA 30384-9043



National Construction Rentals
PO Box 841461
Los Angeles, CA 90084
```

```
nexAir
PO Box 125
Memphis, TN 38101-0125


Pace Analytical
PO Box 684056
Chicago, IL 60695-4056


Parker Oil
999 US Hwy 76 E
Hiawassee, GA 30546


Pickens County Water and Sewer
1266 East Church Street
Suite 117
Jasper, GA 30143


Quality Parts Inc
PO Box 4877
Canton, GA 30114


Quality Parts Inc Cartersville
PO Box 4877
Canton, GA 30114


Santon Inc.
PO Box 2513
Ellijay, GA 30540


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384


Synergy Equipment
4131 Jiles Road
Kennesaw, GA 30144
```

```
Tractor & Equipment Company
5336 Airport Highway
Birmingham, AL 35212


Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


United Site Services
PO Box 660475
Dallas, TX 75266


Waste Management
774 McFarland Road
Alpharetta, GA 30004


Wellston Assoc. Land Surveyors
506 Osigian Blvd
Suite 2
Warner Robins, GA 31088


Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693


Windham Brannon
1355 Peachtree St
Suite 200
Atlanta, GA 30309-3230


Yancey Bros. Company
Drawer CS 198757
Atlanta, GA 30384-8757
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Renewable Energy Holdings of Georgia, LLC**　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Renewable Energy Holdings of Georgia, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cash Enviromental Resources**
**2859 Paces Ferry Rd**
**Suite 1150**
**Atlanta, GA 30339**

☐ None [*Check if applicable*]


| | |
|---|---|
| **August 26, 2022** | **/s/ Cameron M. McCord** |
| Date | **Cameron M. McCord 143065** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Renewable Energy Holdings of Georgia, LLC** |
| | **Jones & Walden, LLC** |
| | **699 Piedmont Avenue NE** |
| | **Atlanta, GA 30308** |
| | **404-564-9300 Fax:404-564-9301** |
| | **info@joneswalden.com** |